AO91 (Rev. 12/03)  Criminal Complaint        **FELONY**        AUSA        United States Courts
                                                                            Southern District of Texas
# UNITED STATES DISTRICT COURT                                              FILED

*September 02, 2022*

Southern District Of Texas Brownsville Division        Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**              **CRIMINAL COMPLAINT**
vs.
                                          Case Number: 1:22-MJ- 836
Joanne ROSALES
A220 588 032  United States

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 31, 2022__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and unlawfully combine, conspire and agree, in reckless disregard of the fact that one (1) undocumented alien(s) had entered the United States in violation of law and was then and there present in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further his unlawful presence.

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(v)(I)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On August 31, 2022, at approximately 6:30 p.m., Harlingen Border Patrol Agents, Rio Grande Valley Sector Intelligence Units and Harlingen Police Department Officers conducted a pulse and surge operation at the Valley International Airport in Harlingen, Texas due to the increase in smuggling activity at the airport. Harlingen Police Department Officer conducted a traffic stop on a 2011 Chevrolet Malibu after discovering that the vehicle did not have liability insurance. The 2011 Chevrolet Malibu was observed dropping off a male subject at the Valley International Airport and abruptly departing. The male subject that was dropped off was found to be illegally present in the United States. The information of the male's immigration status was relayed to the Border Patrol Agents assisting the Harlingen Police Officer at the traffic stop. The driver of the 2011 Chevrolet Malibu later identified as Joanne Rosales was placed under arrest after admitting that she knew the subject she dropped off at the airport was illegally present in the United States. Both subjects were transported to the Harlingen Border Patrol Station for case development. Once at the Border Patrol Station, Agents initiated a smuggling investigation, discovering through self-admission

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Perez, Jesus    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

September 02, 2022                          at    Brownsville, Texas
Date                                              City/State

Ignacio Torteya III       U.S. Magistrate Judge
Name of Judge             Title of Judge              Signature of Judge